## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   CV-09-6925-R                                   DATE: OCTOBER 28, 2009

TITLE: KEVIN HURLIC -V- CITI RESIDENTIAL LENDING

================================================================
PRESENT:

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                          **N/A**
**Deputy Clerk**                                        **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                      Not present

PROCEEDINGS:   ORDER TO SHOW CAUSE TO DISMISS FOR LACK OF
                              JURISDICTION


THIS MATTER IS SET ON CALENDAR FOR HEARING ON NOV. 16,

2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

ACTION SHOULD NOT BE DISMISSED FOR LACK OF FEDERAL

JURISDICTION.

PRESENCE OF COUNSEL / PRO SE LITIGANT AT THE HEARING IS

MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC

DISMISSAL OF THE ACTION.


cc: counsel of record


MINUTES FORM II                                          Initials of Deputy Clerk__WH____
CIVIL - GEN                              D-M